UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MODESTO HERNANDEZ,<br>an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BRE DDR CONNECTICUT COMMONS LLC,<br>a Delaware Limited Liability Company,<br><br>Defendant. | CASE NO. 3:18-cv-01761-SRU |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to this action have reached an agreement regarding all substantive issues in dispute and are currently in the process of finalizing a written agreement and obtaining their respective client's signatures. The parties' anticipate filing a joint stipulation once their written agreement is consummated, which is expected within the next thrity (30) days. The parties further request that the Court adjourn all upcoming hearings and deadlines.

Dated: December 21, 2018

                                                    Respectfully Submitted,

                                                  */s/ Louis Mussman*          .
                                                  Louis Mussman, Esq.
                                                  Florida Bar No. 597155
                                                  Louis@kumussman.com
                                                  KU & MUSSMAN, P.A.
                                                  18501 Pines Blvd., Suite 209-A
                                                  Pembroke Pines, FL 33029
                                                  Tel: (305) 891-1322
                                                  Fax: (305) 891-4512
                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

BRE DDR CONNECTICUT COMMONS LLC
By Serving Registered Agent:
Corporation Service Company
50 Weston Street
Hartford, CT 06120

                                        */s/ Louis I. Mussman*
                                        Louis I. Mussman, Esq.